```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 13328
   CLARA WHITE
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-3348


-----------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/25/07 .

    2.  The case was dismissed without confirmation, 10/26/2007.

-----------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                            PAID            PAID
-----------------------------------------------------------------------
OPTION ONE MORTGAGE CO    CURRENT MORTG         .00            .00             .00
OPTION ONE MORTGAGE CO    MORTGAGE ARRE   NOT FILED            .00             .00
CACH LLC                  UNSECURED       NOT FILED            .00             .00
CAPITAL ONE BANK          UNSECURED       NOT FILED            .00             .00
CBA COLLECTION BUREAU     UNSECURED       NOT FILED            .00             .00
DIVERSIFIED ADJUSTMENT S  UNSECURED       NOT FILED            .00             .00
EMERGENCY CARE & HEALTH   UNSECURED       NOT FILED            .00             .00
FFCC COLUMBUS INC         UNSECURED       NOT FILED            .00             .00
FIRST PREMIER BANK        UNSECURED       NOT FILED            .00             .00
GLOBAL PAYMENTS           UNSECURED       NOT FILED            .00             .00
HSBC                      UNSECURED       NOT FILED            .00             .00
MRSI                      UNSECURED       NOT FILED            .00             .00
NDC                       UNSECURED       NOT FILED            .00             .00
PARK DANSAN               UNSECURED       NOT FILED            .00             .00
ZENITH ACQUISITION CORP   UNSECURED       NOT FILED            .00             .00
         Summary of disbursements:
-----------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER          TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00          .00          .00          .00            .00
PRINCIPAL PAID        .00          .00          .00          .00            .00
INTEREST PAID         .00          .00          .00          .00            .00
TOTAL PAID            .00          .00          .00          .00            .00
The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $    3500.00
and was paid $    186.00   direct and $       .00  through the plan.

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 01/14/08                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```